IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:17cr84-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER CORRECTING |
| v. ) | CLERICAL ERROR |
| ) | |
| DEVON OLIVER KERR ) | |

Upon the Government's Motion to Correct Clerical Error and for the reasons set forth in the Motion, it is hereby ORDERED that the Consent Order and Judgment of Forfeiture is amended to state:

**One Taurus, .357 caliber revolver bearing serial number NC923274**

**SO ORDERED.**

Signed: November 13, 2017

David S. Cayer
United States Magistrate Judge